# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-00726 JAK (Ex) | Date | October 14, 2011 |
|---|---|---|---|
| Title | Ruben Alva v. Estenson Logistics LLC et al | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On October 13, 2011, defendant filed "Notice of Settlement" [20].  The Court sets an Order to Show Cause re Dismissal for December 5, 2011 at 1:30 p.m.  If the parties file a dismissal by December 1, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The [hearing] set for [date] is vacated.

|  | : |
|---|---|
| Initials of Preparer | ak |